IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MANDY GILBERT, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>NATIONWIDE DEBT MANAGEMENT §<br>SOLUTIONS, LLC, *et al.*, §<br>§<br>Defendants. § | Civil Action No. 3:12-CV-0694-N |

## **ORDER**

On July 24, 2012, the court ordered Plaintiff Mandy Gilbert ("Gilbert") to show cause within thirty (30) days why the Court should not dismiss Defendants John Doe Corporation and Steve Cipolla ("Cipolla") for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).

On August 22, 2012, Gilbert responded that, despite her efforts to identify Defendants John Doe Corporation and Cipolla, she has been unable to serve either Defendant. Pl.'s Resp. to Show Cause Order 3 [13]. She is therefore "unopposed to the Court dismissing [Defendants] John Doe Corp[oration] and Cipolla." *Id.*

Accordingly, the Court dismisses Defendants John Doe Corporation and Steve Cipolla from this suit without prejudice.

ORDER – PAGE 1

Signed August 23, 2012.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2