IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MANDY GILBERT, | ) Case No. 3:12-cv-00694-N |
| Plaintiff, | ) |
| | ) DEFAULT JUDGMENT |
| vs. | ) |
| NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC, JOHN DOE CORP., TRACY WADE, ERIC MEDRANO, and STEVE CIPOLLA, | ) |
| Defendants. | ) |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and by order of the Court, an Order of Default as to Defendants Nationwide Debt Management Solutions, LLC, and Tracy Wade was entered. Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, and upon instruction of the Court, default judgment is hereby entered against Defendants Nationwide Debt Management Solutions, LLC, and Tracy Wade in the amount of four thousand sixty dollars ($4,060.00), representing statutory damages in the amount of one thousand dollars ($1,000.00), 15 U.S.C. § 1692(k)(a)(2)(A), two thousand five hundred dollars ($2,500.00)[1] in attorney fees and five hundred sixty dollars ($560.00) for court costs.

Signed October 1, 2012.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has incurred in excess of $4,500 in attorney fees but in the exercise of billing discretion seeks $2,500.