# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MANDY GILBERT, ) | Case No. 3:12-cv-00694-N |
| ) | |
| Plaintiff, ) | |
| ) | PLAINTIFF'S MOTION FOR |
| vs. ) | DEFAULT JUDGMENT |
| ) | |
| NATIONWIDE DEBT MANAGEMENT ) | |
| SOLUTIONS, LLC, JOHN DOE CORP., ) | |
| TRACY WADE, ERIC MEDRANO, and ) | |
| STEVE CIPOLLA, ) | |
| ) | |
| Defendant. ) | |

Plaintiff, Mandy Gilbert, respectfully moves this Court for an order of Default Judgment against Defendant Eric Medrano ("Defendant"), as provided by Rule 55(b)(2) of the Federal Rules of Civil Procedure, in the amount of four thousand sixty dollars ($4,060.00), based upon the Memorandum in Support of Motion for Default Judgment, and for the reasons set forth below. Plaintiff asks that judgment bear interest at the judgment rate from the date of entry until paid, as well as any additional relief this court deems necessary and proper. Plaintiff does not request a hearing on damages.

This Court should enter the judgment against Defendant Eric Medrano, and in favor of Plaintiff, because:

1. The Clerk of this Court entered the default of Defendant Eric Medrano on June 14, 2013.

2. Defendant Eric Medrano has not appeared in this action, and is not entitled to notice of this Motion for Entry of a Default Judgment, although same is being provided.

3. The Complaint in this action sets out a valid claim for statutory damages under 15 U.S.C. § 1692 *et seq.*, and 47 U.S.C. § 227. By virtue of the entry of default on August 22, 2012, Defendant Eric Medrano may not challenge any of the factual allegations supporting those claims.

4. Defendant is not an infant or incompetent person, within the meaning of Rule 55(a) of the Federal Rules of Civil Procedure.

5. Defendant is not currently serving in the military as defined in the Solder's and Sailor's Civil Relief Act of 1940 (50 U.S.C. § 520).

6. This motion is based upon all pleadings and papers on file in this action, the Clerk's entry of default, and whatever other evidence the Court requests.

Dated: June 14, 2013

s/ Noah D. Radbil
Noah D. Radbil
Texas Bar No. 24071015
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
9330 LBJ Freeway, Suite 900
Dallas, TX 75243
Telephone: (888) 595-9111 ext. 275
Facsimile: (866) 565-1327
noah.radbil@attorneysforconsumers.com