IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANDY GILBERT, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:12-cv-00694-N |
| | § | |
| NATIONWIDE DEBT MANAGEMENT | § | |
| SOLUTIONS, LLC, TRACY WADE, and | § | |
| ERIC MEDRANO. | § | |
|    *Defendants.* | § | |
| | § | |

## FINAL JUDGMENT

This matter is before the Court on the motion of Plaintiff Mandy Gilbert for default judgment against Defendant Eric Medrano and for the entry of a joint and several Final Judgment against Defendants Nationwide Debt Management Solutions, LLC, Tracy Wade, and Eric Medrano.

The Court having determined that it has subject-matter and personal jurisdiction over this action and all parties named herein, and default judgment having been entered against Defendants Nationwide Debt Management Solutions, LLC, and Tracy Wade on October 1, 2012, previously, *see* Doc. 17 (default judgment), FINAL JUDGMENT is hereby rendered in favor of Plaintiff Mandy Gilbert and—jointly and severally—against Defendants Nationwide Debt Management Solutions, LLC, Tracy Wide, and Eric Medrano in the amount of $4,060.00.

This judgment comprises (1) statutory damages, (2) attorneys' fees, and (3) costs awarded to Plaintiff, the prevailing party under 15 U.S.C. § 1692 *et seq*. Having taken judicial notice of the usual and customary attorneys' fees in this District, and having determined that the attorneys' fees and costs awarded in this judgment are reasonable and necessary, and that the award statutory damages is supported by law, It is, therefore

**ORDERED, ADJUDGED, and DECREED** that the Plaintiff, Mandy Gilbert, do have and recover judgment against the Defendants Nationwide Debt Management Solutions, LLC, Tracy Wade, and Eric Medrano in the following sums:

a. ONE THOUSAND DOLLARS ($1,000.00) in statutory damages resulting from Defendants' unfair and deceptive acts and practices in violation of 15 U.S.C. § 1692 *et seq.*; plus

b. TWO THOUSAND FIVE HUNDRED DOLLARS ($2,500.00) as reasonable and necessary attorneys' fees; plus

c. FIVE HUNDRED SIXTY DOLLARS ($560) as reasonable and necessary costs;

it is further

**ORDERED, ADJUDGED, and DECREED** that Plaintiff recover post-judgment interest at the rate of 0.13% per annum from the date of judgment until paid.

The Court orders execution to issue for this judgment.

The Court denies all relief not granted in this judgment.

This is a final judgment which disposes of all parties and claims.

SIGNED June 28, 2013.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE